Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

DOUGLAS J. HORN, ET AL

v.

MEDICAL MARIJUANA, INC., ET AL

**INTERIM JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-701

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Upon Court Order, the Court grants in part and denies in part Defendants' motion (docket #194, 200). The civil RICO claim is dismissed pursuant to the Court's authority under Rule 56(f), but Defendants' motion is otherwise denied.

Date: January 25, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
　　Deputy Clerk