# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Horn v. Medical Marijuana, Inc.   Docket No.: 22-349

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Hanoch Sheps

Firm: Mazzola Lindstrom LLP

Address: 1350 Avenue of the Americas, 2nd Floor

Telephone: 646-216-8126   Fax:

E-mail: hanoch@mazzolalindstrom.com

Appearance for: Dixie Holdings, LLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jean-Claude Mazzola )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: Hanoch Sheps