**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of March, two thousand twenty-two,

_____

Douglas J. Horn,

    Plaintiff - Appellant,

Cindy Harp-Horn,

    Plaintiff,

v.

Medical Marijuana, Inc., Dixie Holdings, LLC, AKA Dixie Elixirs, Red Dice Holdings, LLC,

    Defendants - Appellees,

Dixie Botanicals,

    Defendant.

**ORDER**
Docket Number: 22-349

_____

    A notice of appeal was filed on February 16, 2022. The Appellant's Acknowledgment and Notice of Appearance Form due March 09, 2022 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective March 29, 2022 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court