# THE LINDEN LAW GROUP, P.C.

**5 Penn Plaza, 23rd Floor**
**New York, New York 10001**
**(212) 835-1532**
**(718) 425-0692 (Fax)**

---

March 31, 2022

**<u>Via ECF</u>**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    ***Horn v. Medical Marijuana, Inc., et al.***
               **Docket No: 22-349**

Dear Clerk:

    We represent Plaintiff-Appellant in the above-captioned matter.

    Pursuant to Local Rule 31.2(a)(1)(A) of the United States Court of Appeals for the Second Circuit, we respectfully request a deadline of May 30, 2022 for the filing of Plaintiff-Appellant's opening brief. This date is 91 days after the filing date of Form D indicating that no transcript will be ordered.

    Respectfully submitted,

                              Very truly yours,

                              *Jeffrey Benjamin*
                              Jeffrey Benjamin, Esq.