# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of April, two thousand twenty-two.

_____

Douglas J. Horn,

        Plaintiff - Appellant,

v.

Medical Marijuana, Inc., Dixie Holdings, LLC, AKA Dixie Elixirs, Red Dice Holdings, LLC,

        Defendants – Appellees.

_____

**ORDER**

Docket No. 22-349

Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 30, 2022 as the brief/appendix filing date. The date selected falls on a holiday.

IT IS HEREBY ORDERED that the Appellant's brief and appendix must be filed on or before May 31, 2022. The appeal is dismissed effective May 31, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court