# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Horn v. Medical Marijuana, Inc.   Docket No.: 22-349

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Scott D. Mancuso

Firm: Mura Law Group, PLLC

Address: 14 Lafayette Square, 930 Rand Building

Telephone: (716) 855-2800   Fax: (716) 855-2816

E-mail: scott.mancuso@muralaw.com

Appearance for: Medical Marijuana, Inc. and Red Dice Holdings, LLC
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Roy A. Mura )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Scott D. Mancuso