# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-349

**Caption [use short title]**

**Motion for:** Extension of Time to File

Set forth below precise, complete statement of relief sought:

Appellant seeks an extension of time to file Brief and Appendix from May 31, 2022 to July 15, 2022.

DOUGLAS HORN v. MEDICAL MARIJUANA, INC

**MOVING PARTY:** DOUGLAS HORN           **OPPOSING PARTY:** ALL DEFENDANTS/APPELLEES

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeffrey Benjamin, Esq.    **OPPOSING ATTORNEY:** Roy Mura, Esq., J.C. Mazzola, Esq.

[name of attorney, with firm, address, phone number and e-mail]

The Linden Law Group

Mura Law Group, 14 Lafayette Square, Buffalo, NY 14203

5 Penn Plaza, 23rd Flr, NY NY 10001

Mazzola Lindstrom, 1350 Avenue of the Americas, 2nd Fl, NY NY 10019

(212) 835-1532, jbenjamin@nyfraudlaw.com

(716) 855-2800 roy.mura@muralaw.com, 646 216 8300 jeanclaude@mazzolalindstrom.com

**Court- Judge/ Agency appealed from:** WDNY Hon. Jonathan Feldman Order of 9/14/21

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No   If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Jeffrey Benjamin         **Date:** May 12, 2022    **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS

SECONDCIRCUIT COURT OF APPEALS

DOUGLAS J. HORN and
CINDY HARP-HORN,   Case No. 22-349

        Appellant,

- against -

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

        Appellees.

**DECLARATION IN SUPPORT OF MOTION, PURSUANT TO L.R. 31.2(a)(1)(D), REQUESTING EXTENSION OF TIME TO FILE THE APPELLANT'S PRINCIPAL BRIEF**

        Counsel for the Appellant files this Motion, pursuant to L.R. 31.2(a)(1)(D), respectfully requesting this Honorable Court to grant a later deadline to file the Appellant's principal brief, to on or before July 15, 2022, instead of the current deadline of May 31, 2022 under L.R. 31.2(a)(1)(A)-(C), and affirms the following under penalty provided by law.

**A BRIEF BACKGROUND**

        Appellant's case involves the Appellees selling and sending him what purported to be a strictly Cannabis product in October, 2012. Appellant and his wife researched the product as an alternative method of treating his chronic pain.

        Appellant's case is that this product also contained a chemical compound known as

"THC" tetrahydrocannabinol, the psychoactive component of marijuana, which is a listed and prohibited substance under the federal Controlled Substances Act. Upon his random drug screening at work in October, 2012, Appellant alleges that he lost his job as an over-the-road truck driver as a result of taking this product and testing positive for THC.

Among other causes of action, Appellant brought this case under the "RICO" statute, the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. §§ 1962, et seq., and under two prongs of that Act. In November, 2019, the District Judge in the case, upon motion, dismissed the claim of a violation of the Controlled Substances Act i.e. the first prong.

Then on September 14, 2021, the Magistrate Judge, upon subsequent motion and on the eve of trial, dismissed the remaining RICO claim for mail and wire fraud i.e. the second prong. By Order of the Court on January 20, 2022, the Magistrate Judge certified the dismissal of the second prong for this appeal.

**REQUEST FOR EXTESNION**

Appellant respectfully moves this Court requesting that it permit him additional time to serve and file the Brief and Appendix pursuant to FRAP 28 and 31 to on or before <u>July 15, 2022</u>. Initially, the Court set the Appellant's time to file for May 31, 2022.

The reasons for this request are that the undersigned is a sole practitioner, and the only attorney able to conduct all phases of this appeal. As late as last week, I learned that another case of mine unexpectedly did not settle. As it stands, I will be actively engaged in the trial of *Carillo v. Astoria* in the Supreme Court of Queens County Index No: 13288/2010 beginning June 1, 2022 and going forward. Preparation of the expert and lay witnesses and document presentation has to begin now in this case. In addition, I have multiple substantial matters throughout June, 2022, also impacted by this trial, for which I am also solely responsible and demand my immediate and full attention. If I cannot get a reasonable extension of time, all of the above will

2

result in an extreme hardship on my practice and clients, and threatens to take me away from the proper preparation of the Brief and Appendix in this matter.

Appellant's counsel respectfully requests that the Court grant an additional forty-five (45) days as a first and final extension of time to serve and file his appeal documents for good cause as set forth above.

This is the Appellant's first application to extend the original filing date set by the Court.

Finally, on May 11, 2022, counsels for both Defendants-Appellees kindly consented to the undersigned's application for an extension of time.

Dated: May 12, 2022
       New York, New York

                                            Respectfully submitted,

                                            THE LINDEN LAW GROUP, P.C.

                                            *Jeffrey Benjamin*
                                            Jeffrey Benjamin, Esq.
                                            5 Penn Plaza, 23rd Floor
                                            New York, New York 10001
                                            Ph: (212) 835-1532
                                            *Attorneys for Appellant DOUGLAS HORN*

To: All parties via ECF