# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of May, two thousand twenty-two.

Before:     José A. Cabranes,
               *Circuit Judge.*

Douglas J. Horn,

    Plaintiff - Appellant,

Cindy Harp-Horn,

    Plaintiff,

v.

Medical Marijuana, Inc., Dixie Holdings, LLC, AKA Dixie Elixirs, Red Dice Holdings, LLC,

    Defendants - Appellees,

Dixie Botanicals,

    Defendant.

**ORDER**

Docket No. 22-349

    Appellant moves for an extension of time to July 15, 2022 to file his opening brief.

    IT IS HEREBY ORDERED that the motion is GRANTED, upon consent.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

