

Scott D. Mancuso
716.855.2826
scott.mancuso@muralaw.com

July 28, 2022

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
New York, New York 10007

        *Re:*    *Horn v. Medical Marijuana, Inc., et al.*
                 **Case No.**    :    **22-349**
                 **Our File No.**    :    **7023**

Dear Clerk of the Court:

      Our office represents the Defendant-Appellees, Medical Marijuana, Inc. and Red Dice Holdings, LLC ("MMI/RDH") in the above-captioned matter. We are writing to the Court on behalf of both our clients and, with consent of co-defendants' counsel, Mazzola Lindstrom LLP, co-Defendant-Appellee, Dixie Holdings, LLC.

      Pursuant to Local Rule 31.2(a)(1)(B), all Defendant-Appellees are notifying the Clerk, in writing, that we request a deadline to file Appellees' briefs by September 30, 2022. This date is within 91 days after the filing of the last Appellant's brief, which was July 15, 2022. This request is made within 14 days of the filing of the last Appellant's brief, which was July 15, 2022.

      Thank you for your consideration of the same.

                                         Very truly yours,

                                         MURA|LAW GROUP, PLLC

                                         Scott D. Mancuso

SDM/me