# MAZZOLA LINDSTROM LLP

Hanoch Sheps
Hanoch@mazzolalindstrom.com
646-216-8126

September 30, 2022

**Via ECF**

**United States Court of Appeals**
**For The Second Circuit**
**Thurgood Marshall United States Courthouse**
**40 Centre Street**
**New York, NY 10007**

      **RE:** *Horn v. Medical Marijuana, Inc., Dixie Elixirs and Edibles, Red Dice Holdings, LLC, and Dixie Botanicals*
            **Second Circuit Docket No: 22-349**
            **WDNY Index No.: 1:15-cv-00701-FPG-JWF**

To the Honorable Judges of the Second Circuit Court of Appeals:

      We represent defendant-appellee Dixie Elixirs in the above-referenced matter. We hereby submit a joinder letter to adopt and incorporate by reference the arguments made by co-defendants-appellees Medical Marijuana Inc. and Red Dice Holdings LLC on the issues before this court in the interest of judicial economy and expediency. We waive oral argument and defer to co-defense counsel, and thank the court for its consideration of this request and attention to this matter.

                                                        Respectfully submitted,

                                                        Mazzola Lindstrom LLP

                                                        Hanoch Sheps

cc:     All parties via ECF