UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-349

**Caption [use short title]**

**Motion for:** Extension of Time to File Reply

Set forth below precise, complete statement of relief sought:

Appellant seeks an extension of time to file Reply Brief to November 17, 2022.

DOUGLAS HORN v. MEDICAL MARIJUANA, INC

**MOVING PARTY:** DOUGLAS HORN
**OPPOSING PARTY:** ALL DEFENDANTS/APPELLEES

[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Jeffrey Benjamin, Esq.
**OPPOSING ATTORNEY:** Roy Mura, Esq., J.C. Mazzola, Esq.

[name of attorney, with firm, address, phone number and e-mail]

The Linden Law Group
5 Penn Plaza, 23rd Flr, NY NY 10001
(212) 835-1532, jbenjamin@nyfraudlaw.com

Mura Law Group, 14 Lafayette Square, Buffalo, NY 14203
Mazzola Lindstrom, 1350 Avenue of the Americas, 2nd Fl, NY NY 10019
(716) 855-2800 roy.mura@muralaw.com, 646 216 8300 jeanclaude@mazzolalindstrom.com

**Court- Judge/ Agency appealed from:** WDNY Hon. Jonathan Feldman Order of 9/14/21

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes  [✓] No (explain): Counsel has been unavailable

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:

**Signature of Moving Attorney:**

/s/ Jeffrey Benjamin   **Date:** October 19, 2022   **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)