UNITED STATES COURT OF APPEALS

SECOND CIRCUIT COURT OF APPEALS

DOUGLAS J. HORN and
CINDY HARP-HORN,   Case No. 22-349

        Appellant,

- against -

MEDICAL MARIJUANA, INC.,
DIXIE ELIXIRS AND EDIBLES,
RED DICE HOLDINGS, LLC, and
DIXIE BOTANICALS,

        Appellees.

**DECLARATION IN SUPPORT OF MOTION, PURSUANT TO L.R. 31.2(a)(1)(D), REQUESTING EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF**

        Counsel for the Appellant files this Motion, pursuant to L.R. 31.2(a)(1)(D), respectfully requesting this Honorable Court to grant a later deadline to file the Appellant's Reply brief, to on or before November 17, 2022, instead of the current deadline under L.R. 31.2(a)(1)(A)-(C), and affirms the following under penalty provided by law.

**A BRIEF BACKGROUND**

        Appellant's case involves the Appellees selling and sending him what purported to be a strictly Cannabis product in October, 2012. Appellant and his wife researched the product as an alternative method of treating his chronic pain.

        Appellant's case is that this product also contained a chemical compound known as

"THC" tetrahydrocannabinol, the psychoactive component of marijuana, which is a listed and prohibited substance under the federal Controlled Substances Act. Upon his random drug screening at work in October, 2012, Appellant alleges that he lost his job as an over-the-road truck driver as a result of taking this product and testing positive for THC.

Among other causes of action, Appellant brought this case under the "RICO" statute, the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. §§ 1962, et seq., and under two prongs of that Act. In November, 2019, the District Judge in the case, upon motion, dismissed the claim of a violation of the Controlled Substances Act i.e. the first prong.

Then on September 14, 2021, the Magistrate Judge, upon subsequent motion and on the eve of trial, dismissed the remaining RICO claim for mail and wire fraud i.e. the second prong. By Order of the Court on January 20, 2022, the Magistrate Judge certified the dismissal of the second prong for this appeal.

**REQUEST FOR EXTESNION**

Appellant respectfully moves this Court requesting that it permit him additional time to serve and file the Brief and Appendix pursuant to FRAP 28 and 31 to on or before <u>November 17, 2022</u>.

The reasons for this request are that the undersigned is a sole practitioner, and the only attorney able to conduct all phases of this appeal. Since September 23, 2022, I have been engaged in religious observances for the Jewish Holidays, taking me away from the office for a sporadic seven (7) days since then. I also was out of the office all last week leading up to yesterday, the end of the religious observances. In addition, I have multiple substantial upcoming matters. I respectfully request a reasonable extension of time to ensure the proper preparation of the Reply Brief in this matter.

Appellant's counsel respectfully requests that the Court grant to November 17, 2022

given the above as first and final extension of time to serve and file the Reply Brief.

This is the Appellant's first application to extend the filing date for the Reply Brief.

Also, given the above difficult schedule, I have not been able to timely contact opposing counsel. However, the history of courtesies to and from counsel herein have been amicable and unrestrained.

Dated: October 19, 2022
New York, New York

                                              Respectfully submitted,

                                              THE LINDEN LAW GROUP, P.C.

                                              *Jeffrey Benjamin*
                                              Jeffrey Benjamin, Esq.
                                              5 Penn Plaza, 23rd Floor
                                              New York, New York 10001
                                              Ph: (212) 835-1532
                                              *Attorneys for Appellant DOUGLAS HORN*

To: All parties via ECF