# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-two.

_____

| | |
|---|---|
| Douglas J. Horn, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 22-349 |
| v. | |
| Medical Marijuana, Inc., Dixie Holdings, LLC, AKA Dixie Elixirs, Red Dice Holdings, LLC, | |
| Defendants – Appellees. | |

_____

Appellant moves for an extension of time to November 17, 2022 to file a reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court