**THE LINDEN LAW GROUP, P.C.**
5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532

---

February 21, 2023

**<u>Via ECF</u>**

Ronald Willoughby
Case Manager
U.S. Court of Appeals, 2nd Circuit

      Re:    ***Horn v. Medical Marijuana, Inc., et al.***
              **Case No: 22-349**

Dear Mr. Willoughby:

    As we discussed, I have confirmed with all parties' counsel that all parties have waived the right to Oral Argument scheduled for tomorrow.

    Thanking the Court for considering this request.

                                              Very truly yours,

                                              *Jeffrey Benjamin*

                                              Jeffrey Benjamin, Esq.

cc: All parties via ECF