**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 21, 2023 | DC Docket #: 15-cv-701 |
| Docket #: 22-349cv | DC Court: WDNY (BUFFALO) |
| Short Title: Horn v. Medical Marijuana, Inc. | DC Judge: Feldman |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.