**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August two thousand twenty-three,

Before:     John M. Walker, Jr.,
                  Gerard E. Lynch,
                  Beth Robinson,
                     *Circuit Judges*.

_____

Douglas J. Horn,

       Plaintiff - Appellant,

Cindy Harp-Horn,

       Plaintiff,

v.

Medical Marijuana, Inc., Dixie Holdings, LLC, AKA Dixie Elixirs, Red Dice Holdings, LLC,

       Defendants - Appellees,

Dixie Botanicals,

       Defendant.

_____

**AMENDED JUDGMENT**

Docket No. 22-349

      The appeal in the above captioned case from a judgment of the United States District Court for the Western District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order granting Appellees' motion for summary judgment is VACATED, and the cause is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/13/2023