# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Medical Marijuana, Inc., et al.
v. Douglas J. Horn
No. 23-365
(Your No. 22-349-cv)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 3, 2023 and placed on the docket October 5, 2023 as No. 23-365.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst